IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00482-BNB

CALVIN RHODES,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Provider,
JAY WENT, M.D., Chief Executive Officer of (PHP), and
STEPHEN R, KREBS, M.D., Medical Director of Casemanagement,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR -8 2009
GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 8, 2009, at Denver, Colorado.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00482-BNB

Calvin Rhodes
Prisoner No. 95915
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/8/09

GREGORY C. LANGHAM, CLERK

By: *(signature)*
Deputy Clerk