IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00482-REB-KLM

CALVIN RHODES,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Provider,
JAY WANT, M.D., Chief Executive Officer of (PHP), and
STEPHEN R. KREBS, M.D., Medical Director of Casemanagement,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2009

GREGORY C. LANGHAM
                CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 10, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00482-REB-KLM

Calvin Rhodes
Prisoner No. 95915
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Physician Health Partners, Jay Want and Stephen R. Krebs

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Physician Health Partners, Jay Want and Stephen R. Krebs: COMPLAINT FILED 3/06/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/13/09.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                      Deputy Clerk